**Electronically Filed
Supreme Court
SCPR-14-0000534
28-MAR-2014
10:57 AM**

SCPR-14-0000534

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE SUE LIN CHONG, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE</u>
(By Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Intermediate Court of Appeals Associate Judge Ginoza,
assigned by reason of vacancy)

Upon consideration of Petitioner Sue Lin Chong's petition to resign and surrender her license to practice law in the State of Hawaiʻi, filed pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and of the affidavits and exhibits in support thereof,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rule 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Sue Lin Chong, attorney number 3659, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, March 28, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Lisa M. Ginoza

